COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TIMOTHY WEST,<br>　　　　　　Appellant, | § | No. 08-24-00042-CV |
| | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| STRETCH ZONE OF EL PASO, THE SALT<br>HAVEN LLC D/B/A STRETCH ZONE OF<br>EL PASO, GARNET C. BROOKS AND J.<br>DOE | § | of El Paso County, Texas |
| | § | (TC#2022DCV3662) |
| 　　　　　　Appellees. | § | |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

The appellate record in this cause was due to be filed with this Court on or before May 17, 2024. By letter dated May 20, 2024, the Clerk of his Court notified Appellant that the clerk's record was late due to his failure to make financial arrangements for its production. We gave Appellant until May 30, 2024 to cure the defect, but notified him of our intent to dismiss the appeal for want of prosecution if no clerk's record was filed within ten days pursuant to Texas Rule of Appellate Procedure 37.3(b).

On June 3, 2024, the district clerk of El Paso County, Texas notified this Court that no arrangements for payment had been made for the Clerk's record in this appeal. As of the date of this memorandum opinion, no clerk's record has been filed, and no communication in response to our May 20, 2024 letter has been received. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 37.3(b), 42.3(b).

JEFF ALLEY, Chief Justice

June 18, 2024

Before Alley, C.J., Palafox and Soto, JJ.